IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **CRIMINAL NO. 09-40069-4-GPM** |
| ) | |
| **KASS A. BARNES,** ) | |
| ) | |
| **Defendant.** ) | |

# MEMORANDUM AND ORDER

**MURPHY**, **District Judge:**

This matter is before the Court on the Motion for Order Allowing Marshal to Release Psychological Report brought by Defendant Kass A. Barnes (Doc. 124). The Court finds that the motion is well taken and it is hereby **GRANTED**. The United States Marshals Service is directed to produce to counsel for the parties in this matter copies of the psychological evaluation of Kass Barnes prepared by a psychologist at the Saline County Jail on November 9, 2009.

IT IS SO ORDERED.

DATED:  November 24, 2009

/s/ G. Patrick Murphy
G. PATRICK MURPHY
United States District Judge